Warren R. Paboojian, No. 128462
wrp@bplaw-inc.com
Adam B. Stirrup, No. 257683
abs@bplaw-inc.com
BARADAT & PABOOJIAN, INC.
720 W. Alluvial Avenue
Fresno, CA 93711
Telephone: (559) 431-5366
Facsimile: (559) 431-1702

Attorneys for Plaintiff
RHEA DONOHUE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RHEA DONOHUE,<br><br>  Plaintiff,<br><br>  vs.<br><br>UNITED STATES POSTAL SERVICE;<br>PAWANPREET KAUR; and DOES 1-50,<br>inclusive,<br><br>  Defendants. | Case No.<br><br>**COMPLAINT FOR DAMAGES**<br><br>**DEMAND FOR JURY TRIAL** |

COMES NOW Plaintiff, RHEA DONOHUE ("Plaintiff"), for causes of action against Defendants, UNITED STATES POSTAL SERVICE ("USPS"), PAWANPREET KAUR ("KAUR"), and DOES 1 through 50, inclusive, who complains and alleges as follows:

**GENERAL ALLEGATIONS**

1. On November 4, 2016, Plaintiff was operating her motorcycle on westbound Bullard Avenue approaching Kavanagh Avenue in an unincorporated area of Fresno County, California. KAUR was operating a motor vehicle owned by his employer, USPS, traveling southbound on Kavanagh Avenue. KAUR had come to a stop at the stop sign at the intersection of Kavanagh and Bullard Avenues. KAUR then accelerated forward attempting to make the left turn onto eastbound Bullard Avenue. As the USPS motor vehicle operated by KAUR turned to the left, it entered the westbound lanes of Bullard Avenue directly in front of Plaintiff's motorcycle. The front of Plaintiff's motorcycle as well as

1. Plaintiff's body struck the left rear side of the USPS motor vehicle causing serious catastrophic injuries to Plaintiff.

2. KAUR caused the collision by driving the USPS motor vehicle in violation of California Vehicle Code Section 21802(a)-Entering Through Highway, Yield Until Reasonably Safe because KAUR drove the USPS motor vehicle from Kavanagh Avenue onto Bullard Avenue without yielding the right-of-way to Plaintiff, causing the collision.

3. The USPS motor vehicle was owned by USPS, and based upon information and belief, operated by KAUR in the course and scope of his employment and/or agency with USPS. USPS entrusted the USPS motor vehicle to KAUR. KAUR operated the USPS motor vehicle with permission of USPS. The negligence of USPS, by and through their employees and/or agents, including but not limited to KAUR, in the ownership, lease, management, maintenance, control, entrustment, and operation of the subject USPS motor vehicle, resulted in serious catastrophic injuries to Plaintiff.

4. Plaintiff, RHEA DONOHUE, at all times herein relevant, is a competent adult and resident of Fresno, California.

5. Defendant, UNITED STATES POSTAL SERVICE is a governmental entity and is an independent agency within the executive branch of the federal government of the United States of America.

6. Defendant, PAWANPREET KAUR, at all times herein relevant, is a competent adult and resident of Fresno, California.

7. The jurisdiction of this court over the subject matter of this action is predicated on 28 U.S.C. § 1346(b). This federal court has exclusive jurisdiction over Plaintiff's claims as this is a lawsuit against the United States for torts committed by governmental employees in the course and scope of their employment, which is a federal question.

8. Venue is proper in this Court under 28 U.S.C. § (e)(1)(A), (B), and (C) because a defendant in the action resides in this district, all or a substantial portion of the events that gave rise to Plaintiff's claims transpired in this district, and Plaintiff resides in this district.

9. Plaintiff has complied with all applicable claims statutes, including the Federal Torts Claim Act. Plaintiff has presented a claim to the USPS and it has been denied.

10. The true names and capacities, whether individual, plural, corporate, partnership, associate, or otherwise, of DOES 1 through 50, inclusive, are unknown to Plaintiff who therefore sue said defendants by such fictitious names. The full extent of the facts linking such fictitiously sued defendants is unknown to Plaintiff. Plaintiff is informed and believes, and thereupon alleges, that each of the defendants designated herein as a DOE was, and is, negligent, or in some other actionable manner, responsible for the events and happenings hereinafter referred to, and thereby negligently, or in some other actionable manner, legally and proximately caused the hereinafter described injuries and damages to Plaintiff. Plaintiff will hereafter seek leave of the Court to amend this Complaint to show the defendants' true names and capacities after the same have been ascertained.

11. Plaintiff is informed and believes, and thereon alleges, that at all times mentioned herein, Defendants, USPS, KAUR, and DOES 1 through 50, inclusive, were agents, servants, employees, successors in interest, partners, and/or joint venturers of their co-defendants, and were, as such, acting within the course, scope, and authority of said agency, employment, and/or venture, and that each and every defendant, as aforesaid, when acting as principal, was negligent in the selection and hiring of each and every other defendant as an agent, servant, employee, successor in interest, and/or joint venturer.

## FIRST CAUSE OF ACTION

**(Plaintiff Alleges Negligence Against Defendants, UNITED STATES POSTAL SERVICE, PAWANPREET KAUR, and DOES 1-50, Inclusive)**

12. Plaintiff re-alleges and incorporates herein by reference each and every allegation and statement contained in the prior paragraphs.

13. Plaintiff is informed and believes, and thereon alleges, that at all times mentioned herein, USPS, KAUR, and DOES 1-50, inclusive, owed a duty of care to all reasonably foreseeable people, including Plaintiff, to own, lease, manage, maintain, control, entrust, and operate the USPS motor vehicle in a reasonable manner.

14. Plaintiff is informed and believes, and thereon alleges, that at all times mentioned herein, USPS, KAUR, and DOES 1-50, inclusive, carelessly, grossly negligently, and recklessly owned, leased, managed, maintained, controlled, entrusted, and operated the USPS motor vehicle so as to directly, legally and proximately cause the same to collide into Plaintiff's motorcycle while Plaintiff was legally and

1 safely driving her motorcycle in a reasonable and safe manner.

2     15.    Plaintiff is informed and believes, and thereon alleges, that USPS, KAUR, and DOES 1-50, inclusive, said careless, grossly negligent, reckless, and unlawful conduct in regards to the ownership, lease, management, maintenance, control, entrustment, and operation of the USPS motor vehicle was the direct, legal, and proximate cause of the injuries and damages to Plaintiff as herein alleged.

    16.    As a direct and proximate result of the aforementioned conducted of USPS, KAUR, and DOES 1-50, inclusive, Plaintiff suffered injuries to her health, strength, and activity, and shock and injury to her nervous systems, all of which said injuries have caused, and continue to cause Plaintiff great physical, mental, and nervous pain and suffering.  Plaintiff is further informed and believes, and thereupon alleges that said injuries will result in permanent disability, all to her general damages in an amount which will be stated according to proof.

    17.    As a direct and proximate result of the aforementioned conduct of USPS, KAUR, and DOES 1-50, inclusive, the services of hospitals, physicians, surgeons, nurses, and the like, were employed to care for and treat Plaintiff, and hospital, medical, professional, and incidental expenses were incurred the exact amount of which expenses will be stated according to proof.

    18.    As a direct and proximate result of the aforementioned conduct of USPS, KAUR, and DOES 1-50, inclusive, Plaintiff has incurred economic losses, including, but not limited to, loss of earnings, loss of earning capacity, property damage, and loss of use of property, in an amount to be stated according to proof.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against all Defendants as follows:

1. For non-economic damages, including, but not limited to, past and future pain and suffering, loss of enjoyment of life, disfigurement, physical impairment, inconvenience, anxiety, humiliation, and emotional distress, according to proof;

2. For economic damages related to loss of earnings and loss of earning capacity, according to proof;

3. For economic damages related to hospital, medical, professional, and incidental expenses,

1  according to proof;

2      4.    For economic damages related to property damage and loss of use of property, according to proof;

4      5.    For damages for Plaintiff's other economic losses, according to proof;

5      6.    For prejudgment interest, according to proof; and

6      7.    For such other and further relief as this Court may deem just and proper.

8  Dated: January __, 2018

    BARADAT & PABOOJIAN, INC.

    By: _____
    Warren R. Paboojian
    Adam B. Stirrup
    Attorneys for Plaintiff
    RHEA DONOHUE

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands trial by jury in this action of all issues so triable.

Dated: January __, 2018

    BARADAT & PABOOJIAN, INC.

    By: _____
    Warren R. Paboojian
    Adam B. Stirrup
    Attorneys for Plaintiff
    RHEA DONOHUE