| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | BENJAMIN E. HALL<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Defendant<br>United States of America |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RHEA DONOHUE, | | Case No. 1:18-cv-00086-DAD-EPG |
| | Plaintiff, | **STIPULATION AND ORDER TO EXTEND NON-EXPERT DISCOVERY DEADLINE** |
| | v. | |
| UNITED STATES OF AMERICA, | | (ECF No. 25) |
| | Defendant. | |

Plaintiff, Rhea Donohue, and Defendant, the United States of America, through their undersigned attorneys, hereby stipulate and request that the Court modify the Scheduling Conference Order (Doc. 18) to extend the non-expert discovery deadline to March 4, 2019. The parties jointly set forth the following facts in support of this request.

1. The deposition of Plaintiff, Rhea Donohue, was scheduled for January 2019 but had to be cancelled due to the furlough of defense counsel as a result of the government shutdown that began in late December 2018.

2. On January 21, 2019, Plaintiff filed a Notice of Furlough of Defense Counsel and Request for Continuance of Settlement Conference and Related Deadlines (Doc. 23), requesting that the Court set a status conference to discuss the rescheduling of the settlement conference and possible further continuance of other deadlines including the non-expert discovery deadline of February 11, 2019, due to the unavailability of defense counsel.

STIPULATION AND ORDER TO EXTEND NONEXPERT DISCOVERY DEADLINE      1

3. By Minute Order dated January 23, 2019 (Doc. 24), the Court set a status conference for February 26, 2019, at 10 a.m. in Courtroom 10 to discuss the rescheduling of the settlement conference and possible further continuance of other deadlines set forth in the Court's Scheduling Conference Order.

4. The parties have conferred and are in the process of rescheduling the deposition of Plaintiff. This process is complicated by the possibility of another lapse in government appropriations beginning on February 16, 2019, but the parties nevertheless are working to reset the deposition in the near future. The parties therefore jointly request that the Court modify the Scheduling Order by extending the non-expert discovery cutoff to March 4, 2019.

Respectfully submitted,

Dated: February 11, 2019

McGREGOR W. SCOTT
United States Attorney

 /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendant

Dated: February 11, 2019

BARADAT & PABOOJIAN, INC.

[Authorized February 11, 2019]

 /s/ Adam B. Stirrup
ADAM B. STIRRUP
Attorneys for Plaintiff

# **ORDER**

Pursuant to the stipulation of the parties (ECF No. 25) and finding good cause exists, the Scheduling Order (ECF No. 18) is modified as follows: the non-expert discovery cutoff is extended to March 4, 2019.

IT IS SO ORDERED.

Dated: **February 12, 2019**        /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE