| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | BENJAMIN E. HALL<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Defendant<br>United States of America |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHEA DONOHUE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case No. 1:18-cv-00086-DAD-EPG<br><br>**STIPULATION AND ORDER TO MODIFY THE SCHEDULING CONFERENCE ORDER [DOC. 18]**<br><br>(ECF No. 28) |

On February 26, 2019, the Court conducted a Status Conference. Counsel Adam Stirrup telephonically appeared on behalf of Plaintiff, Rhea Donohue. Counsel Benjamin Hall telephonically appeared on behalf of Defendant, the United States of America.

As Ordered by the Court, Plaintiff, Rhea Donohue, and Defendant, the United States of America, through their undersigned attorneys, hereby stipulate and request that the Court modify the Scheduling Conference Order [Doc. 18] as follows:

1. The Settlement Conference is re-set for May 30, 2019, at 1:00 PM in Courtroom 10 before Magistrate Judge Erica P. Grosjean.

2. Nonexpert Discovery Cutoff is continued to May 30, 2019.

3. Expert Disclosure is continued to June 28, 2019.

4. Rebuttal Expert Disclosure is continued to July 29, 2019.

5. Expert Discovery Cutoff is continued to August 30, 2019.

STIPULATION AND ORDER TO MODIFY THE SCHEDULING　　　1
CONFERENCE ORDER [DOC. 18]

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: February 26, 2019 | McGREGOR W. SCOTT<br>United States Attorney |
| 3 | | |
| 4 | | /s/ Benjamin E. Hall<br>BENJAMIN E. HALL<br>Assistant U.S. Attorney |
| 5 | | Attorney for Defendant |
| 6 | | |
| 7 | Dated: February 26, 2019 | BARADAT & PABOOJIAN, INC. |

 /s/Adam B. Stirrup
ADAM B. STIRRUP
Attorneys for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 28), and finding good cause, the Scheduling Conference Order (ECF No. 18) is modified as follows:

1. The Settlement Conference is re-set for May 30, 2019, at 1:00 PM in Courtroom 10 before Magistrate Judge Erica P. Grosjean.
2. Nonexpert Discovery Cutoff is continued to May 30, 2019.
3. Expert Disclosure is continued to June 28, 2019.
4. Rebuttal Expert Disclosure is continued to July 29, 2019.
5. Expert Discovery Cutoff is continued to August 30, 2019.

All other dates and aspects of the Scheduling Conference Order (ECF No. 18), including the pretrial conference and the jury trial date, shall remain in effect.

IT IS SO ORDERED.

Dated: **March 1, 2019**         /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE