1  Warren R. Paboojian, No. 128462
   wrp@bplaw-inc.com
2  Adam B. Stirrup, No. 257683
   abs@bplaw-inc.com
3  BARADAT & PABOOJIAN, INC.
   720 W. Alluvial Avenue
4  Fresno, CA 93711
   Telephone: (559) 431-5366
5  Facsimile: (559) 431-1702

6  Attorneys for Plaintiff
   RHEA DONOHUE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RHEA DONOHUE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:18-cv-00086-DAD-EPG<br><br>**FURTHER STIPULATION AND ORDER TO MODIFY THE SCHEDULING CONFERENCE ORDER [DOC. 18] AND CONSENT TO MAGISTRATE JURISDICTION** |
|---|---|

As discussed with the Court at the Status Conference held on May 23, 2019, since Plaintiff, Rhea Donohue is unable to undergo required medical testing and imaging studies due to her pregnancy, the parties have been unable to complete necessary discovery and additional work-up necessary to fully evaluate Ms. Donohue's injuries and designate experts. Therefore, Plaintiff, Rhea Donohue, and Defendant, the United States of America, through their undersigned attorneys, hereby stipulate and request that the Court modify the Scheduling Conference Order [Doc. 18].

**In addition, pursuant to 28 U.S.C. § 636(c), the parties hereby consent to conduct all further proceedings in this case, including trial, before United States Magistrate Judge Erica P. Grosjean.**

The parties agree to rescheduling the trial date for Magistrate Judge Grosjean's calendar in the Court's discretion, and request that the Court set a Status Conference in either the afternoon of June

FURTHER STIPULATION AND PROPOSED ORDER TO MODIFY THE SCHEDULING CONFERENCE ORDER [DOC. 18] AND CONSENT TO MAGISTRATE JURISDICTION    1

10, 2019, or the morning of June 12, 2019, to discuss the rescheduling of the trial date and all associated dates and deadlines. If the Court is not available at these times, the parties request that the Status Conference be set for a date and time that is mutually agreeable to all counsel and the Court.

Respectfully submitted,

Dated: June 6, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendant

Dated: June 6, 2019

BARADAT & PABOOJIAN, INC.

/s/Adam B. Stirrup
ADAM B. STIRRUP
Attorneys for Plaintiff

## **ORDER**

Pursuant to the parties' request, a Status Conference re setting new trial and associated dates has been set for 6/10/2019 at 4:00 pm before Magistrate Judge Grosjean. If the parties wish to participate telephonically, each party is directed to use the following dial-in information: Dial-in number 1-888-251-2909 and passcode 1024453. And, as the parties have consented to magistrate judge jurisdiction, document [32], a separate order reassigning this matter to Judge Grosjean, for all purposes, including trial, will issue under separate cover.

IT IS SO ORDERED.

Dated: **June 7, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

FURTHER STIPULATION AND PROPOSED ORDER TO MODIFY THE SCHEDULING CONFERENCE ORDER [DOC. 18] AND CONSENT TO MAGISTRATE JURISDICTION

2