McGREGOR W. SCOTT
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHEA DONOHUE,<br><br>             Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | Case No. 1:18-cv-00086-EPG<br><br>**STIPULATION AND ORDER TO VACATE SETTLEMENT CONFERENCE**<br><br>(ECF No. 42) |

Plaintiff, Rhea Donohue, and Defendant, the United States of America, through their undersigned attorneys, hereby stipulate and request that the Court vacate the Settlement Conference set for January 30, 2020 (*see* Docs. 37-38).  The parties jointly set forth the following facts in support of this request:

     1.     At the time of scheduling of the settlement conference, the parties anticipated that expert discovery would be complete sufficiently in advance of the conference.  The case schedule was later revised, however (*see* Doc. 41), and the parties have not yet completed expert discovery.

     2.     The parties have conferred and agree that the case is not yet in a settlement posture, and the settlement conference as scheduled is not likely to be productive.

     3.     The parties are informed that United States Magistrate Judge Sheila K. Oberto is not available during the month of February.  Accordingly, the parties are exploring whether it may be possible to schedule a settlement conference before another magistrate judge.  In the alternative, the

parties may pursue private mediation.

4. The parties therefore jointly request that the Court vacate the Settlement Conference set for January 30, 2020.

Respectfully submitted,

Dated: January 16, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendant

Dated: January 16, 2020

BARADAT & PABOOJIAN, INC.

[Authorized January 16, 2020]

/s/ Adam B. Stirrup
ADAM B. STIRRUP
Attorneys for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 42) the Settlement Conference, currently set for January 30, 2020, is VACATED. The Court will issue a subsequent order resetting the settlement conference to an alternative appropriate date.

IT IS SO ORDERED.

Dated: **January 21, 2020**      /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO VACATE SETTLEMENT CONFERENCE      3