UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHEA DONOHUE,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>        Defendant, | CASE NO. 1:18-cv-00086 EPG<br><br>ORDER (1) SETTING SETTLEMENT CONFERENCE, (2) REQUIRING PERSONAL ATTENDANCE BY CERTAIN INDIVIDUALS, (3) REQUIRING SETTLEMENT CONFERENCE STATEMENT MEETING CERTAIN PARAMETERS, AND (4) SCHEDULING PRE-CONFERENCE TELEPHONIC DISCUSSION |

Magistrate Judge Jeremy D. Peterson will hold a settlement conference on March 2, 2020 at 10:30 a.m. in Courtroom 6 at the U.S. District Court, 2500 Tulare Street, Fresno, California, 93721. The court expects that the parties will proceed with the settlement conference in good faith and attempt to resolve all or part of the case. If any party believes that the settlement conference will not be productive, that party shall so inform the court as far in advance of the settlement conference as possible. Unless otherwise permitted in advance by the court, the following individuals must attend the settlement conference in person: (1) all of the attorney(s) who will try the case; (2) the parties; and (3) individuals with full authority to negotiate and settle the case, on any terms.

    No later than one week prior to the settlement conference, each party must submit to Judge Peterson's chambers at jdporders@caed.uscourts.gov a confidential settlement conference statement.

1

These statements should neither be filed on the docket nor served on any other party. The statements should be marked "CONFIDENTIAL" and should state the date and time of the conference. The statements should not be lengthy but should include

(1) a brief recitation of the facts;

(2) a discussion of the strengths and weaknesses of the case, from you point of view;

(3) an itemized estimate of the expected costs for further discovery, pretrial, and trial matters, in specific dollar terms;

(4) your best estimate of the probability that plaintiff will prevail on liability should this case proceed to trial, in percentage terms;

(5) your best estimate of the following should this case proceed to trial and plaintiff prevail on liability, in specific dollar terms:

- reasonable best estimate of damages,

- realistic best-case estimate of damages, and

- realistic worst-case estimate of damages;

(6) a history of settlement discussions (including a listing of any current settlement offers from any party, in specific dollar terms), a candid statement of your party's current position on settlement (do you want to settle?), and a statement of your expectations for settlement discussions;

(7) a list of the individuals who will be attending the settlement on the party's behalf, including names and, if appropriate, titles.

Magistrate Judge Jeremy D. Peterson will hold a short, pre-settlement conference telephone discussion on February 19 at 10:00 a.m. (dial-in number: 1-888-204-5984; passcode: 4446176). Only the lead attorney from each side should participate.

IT IS SO ORDERED.

Dated: February 10, 2020

_____
UNITED STATES MAGISTRATE JUDGE