1  McGREGOR W. SCOTT
   United States Attorney
2  BENJAMIN E. HALL
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Defendant
6  United States of America

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | RHEA DONOHUE,                      | Case No. 1:18-cv-00086-EPG
12 |            Plaintiff,              | **STIPULATION AND ORDER TO CONTINUE DEADLINE FOR FILING DISMISSAL DOCUMENTS**
13 |     v.                             |
14 | UNITED STATES OF AMERICA,          | (ECF No. 57)
15 |            Defendant.              |
16 |                                    |

17        Plaintiff, Rhea Donohue, and Defendant, the United States of America, stipulate and request

18 that the Court continue the deadline for filing dismissal documents (*see* Minute Order, Doc. 56) from

19 October 2, 2020, to November 2, 2020.  The request for approval of the parties' settlement is

20 pending before the appropriate officials at the U.S. Department of Justice.  The parties request this

21 continuance in order to allow time for approval and processing of the settlement.

22                                              Respectfully submitted,

23   Dated:  October 1, 2020                    McGREGOR W. SCOTT
                                                United States Attorney
24
                                                 /s/ Benjamin E. Hall
25                                              BENJAMIN E. HALL
                                                Assistant U.S. Attorney
26                                              Attorney for Defendant

27

28

STIPULATION AND ORDER TO CONTINUE DEADLINE FOR          1
FILING DISMISSAL DOCUMENTS

| | |
|---|---|
| 1  Dated:  October 1, 2020 | BARADAT & PABOOJIAN, INC. |
| 2 | [Authorized October 1, 2020] |
| 3 | /s/ Adam B. Stirrup |
| 4 | ADAM B. STIRRUP<br>Attorneys for Plaintiff |

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 57) and as set forth above, and finding good cause exists, IT IS ORDERED that the deadline for filing dismissal documents is extended to November 2, 2020.

IT IS SO ORDERED.

Dated: __October 2, 2020__          /s/ _Erica P. Grosjean_
UNITED STATES MAGISTRATE JUDGE