# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHEA DONOHUE,<br><br>               Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | Case No. 1:18-cv-00086-EPG<br><br>**ORDER RE STIPULATION TO CONTINUE DEADLINE FOR FILING DISMISSAL DOCUMENTS**<br><br>(ECF No. 59) |

Pursuant to the stipulation of the parties (ECF No. 59), and finding good cause exists, IT IS ORDERED that the deadline for filing dismissal documents is extended to November 16, 2020.

IT IS SO ORDERED.

Dated:  **November 2, 2020**          /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE

1