UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHEA DONOHUE,<br><br>              Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | Case No. 1:18-cv-00086-EPG<br><br>**ORDER RE STIPULATION TO CONTINUE DEADLINE FOR FILING DISMISSAL DOCUMENTS**<br><br>(ECF No. 61) |

Pursuant to the stipulation of the parties (ECF No. 61), and finding good cause exists, IT IS ORDERED that the deadline for filing dismissal documents is extended to November 30, 2020.

IT IS SO ORDERED.

Dated:   **November 18, 2020**            /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

1