McGREGOR W. SCOTT
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHEA DONOHUE,<br><br>                    Plaintiff,<br><br>         v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No. 1:18-cv-00086-EPG<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR FILING DISMISSAL DOCUMENTS** |

Plaintiff, Rhea Donohue, and Defendant, the United States of America, stipulate and request that the Court continue the deadline for filing dismissal documents (*see* Order, ECF No. 62) from November 30, 2020, to December 18, 2020.  The request for authorization to proceed with the parties' proposed settlement remains pending before the Assistant Attorney General for the Civil Division, whose approval is required for civil settlements exceeding the delegated authority of the United States Attorney.  *See generally* 28 C.F.R. §§ 0.160, 0.168.  That office reviews proposed settlements submitted by United States Attorney's offices nationwide and does not provide updates on the status of the review or the timing of a decision.  Once authorization is provided to proceed with the settlement, however, the parties expect the matter to be concluded and a stipulation for dismissal filed within approximately two weeks.  The parties request this continuance in order to allow time for approval and processing of the settlement.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated:  November 30, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ Benjamin E. Hall<br>BENJAMIN E. HALL<br>Assistant U.S. Attorney<br>Attorney for Defendant |
| Dated:  November 30, 2020 | BARADAT & PABOOJIAN, INC. |
| | [Authorized November 30, 2020] |
| | /s/ Adam B. Stirrup<br>ADAM B. STIRRUP<br>Attorneys for Plaintiff |

## **ORDER**

Pursuant to the stipulation of the parties (ECF No. 63), and finding good cause exists, IT IS ORDERED that the deadline for filing dismissal documents is extended to December 18, 2020.

IT IS SO ORDERED.

Dated:   **December 1, 2020**         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE