1  McGREGOR W. SCOTT
   United States Attorney
2  BENJAMIN E. HALL
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Defendant
6  United States of America

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | RHEA DONOHUE,                    | Case No. 1:18-cv-00086-EPG

12 |                      Plaintiff,  | **STIPULATION AND ORDER TO CONTINUE DEADLINE FOR FILING DISMISSAL DOCUMENTS**

13 |          v.

14 | UNITED STATES OF AMERICA,

15 |                      Defendant.

16

17     Plaintiff, Rhea Donohue, and Defendant, the United States of America, stipulate and request

18 that the Court continue the deadline for filing dismissal documents (*see* Order, ECF No. 64) from

19 December 18, 2020, to January 8, 2021.  The request for authorization to proceed with the parties'

20 proposed settlement remains pending at the Department of Justice in Washington, D.C.  Officials

21 reviewing the request have raised an issue regarding the release of certain potential future claims.

22 Defense counsel has scheduled telephonic meetings in order to attempt to resolve that issue.  The

23 parties request this continuance of the dismissal deadline in order to allow time for that process.

24                                          Respectfully submitted,

25  Dated:  December 18, 2020              McGREGOR W. SCOTT
                                           United States Attorney
26
                                            /s/ Benjamin E. Hall
27                                         BENJAMIN E. HALL
                                           Assistant U.S. Attorney
28                                         Attorney for Defendant

Dated: December 18, 2020                                 BARADAT & PABOOJIAN, INC.

                                                         [Authorized December 18, 2020]


                                                          /s/ Adam B. Stirrup
                                                         ADAM B. STIRRUP
                                                         Attorneys for Plaintiff


**ORDER**

Pursuant to the stipulation of the parties (ECF No. 65), and finding good cause exists, IT IS ORDERED that the deadline for filing dismissal documents is extended to January 8, 2021.

IT IS SO ORDERED.

Dated:   **December 18, 2020**                   /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE