1  McGREGOR W. SCOTT
   United States Attorney
2  BENJAMIN E. HALL
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Defendant
6  United States of America

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | RHEA DONOHUE,              | Case No. 1:18-cv-00086-EPG
12 |           Plaintiff,        | **STIPULATION AND ORDER TO CONTINUE DEADLINE FOR FILING DISMISSAL DOCUMENTS**
13 |      v.                     |
14 | UNITED STATES OF AMERICA,   |
15 |           Defendant.        |
16

17     Plaintiff, Rhea Donohue, and Defendant, the United States of America, stipulate and request

18 that the Court continue the deadline for filing dismissal documents (*see* Order, ECF No. 66) from

19 January 8, 2021, to January 29, 2021.  The issue relating to release of certain potential future claims

20 has been resolved, and reviewing officials at the Department of Justice have advised defense counsel

21 that they have recommended approval of the parties' settlement.  The parties continue to await final

22 approval by the Assistant Attorney General.  The parties request this continuance of the dismissal

23 deadline in order to allow time for final approval and payment of the settlement funds.

24                                          Respectfully submitted,

25  Dated: January 8, 2021                  McGREGOR W. SCOTT
                                            United States Attorney
26
                                             /s/ Benjamin E. Hall
27                                          BENJAMIN E. HALL
                                            Assistant U.S. Attorney
28                                          Attorney for Defendant

Dated: January 8, 2021                                    BARADAT & PABOOJIAN, INC.

[Authorized January 8, 2021]

/s/ Adam B. Stirrup
ADAM B. STIRRUP
Attorneys for Plaintiff

## **ORDER**

Having considered the stipulation of the parties (ECF No. 67), and finding good cause exists, IT IS ORDERED that the deadline for filing dismissal documents is extended to March 1, 2021. As this is the parties' sixth request to extend the deadline for filing dismissal documents, in an abundance of caution, the Court is extending the deadline beyond the date requested in order to save judicial resources. If dismissal documents are not filed by March 1, 2021, the Court may set a status conference to better understand the delay before granting any further extensions.

IT IS SO ORDERED.

Dated:  **January 11, 2021**                         /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO CONTINUE DEADLINE FOR           2
FILING DISMISSAL DOCUMENTS